UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BERNSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>Defendant. | Case No. 18-cv-01801-JSC<br><br>**ORDER RE: DISCOVERY DISPUTES** |

1. Defendant shall make percipient witness Nancy McDonald available for deposition given her personal involvement in the facts of this case. Defendant's lament about the cost of counsel travelling to New Jersey does not satisfy its burden to obtain a protective order prohibiting Plaintiff from taking Ms. McDonald's deposition. The Court suggested and Plaintiff agreed to take Ms. McDonald's deposition by video; however, Defendant declined. Defendant's assertion that it is "effectively impossible to defend a deposition remotely" is not persuasive, especially given Defendant's contention that Ms. McDonald has nothing relevant to offer and merely performed essentially clerical functions.

2. Plaintiff's request for a further 30(b)(6) deposition is DENIED. Plaintiff does not identify any specific material question that the witness was unable to answer. Plaintiff's real complaint appears to be about the failure to produce documents sought in connection with the deposition. *See* Fed. R. Civ. P. 30(b)(2), 34. It does not appear that Defendant served a written response to the request; if it had done so it would be required to state in writing if no responsive documents exist, it is producing all the responsive documents in its possession, custody or control, or it is withholding

documents. Accordingly, on or before April 2, 2019 Defendant shall (1) produce responsive documents to the 30(b)(6) deposition document request if any have not been produced, and (2) provide a written response to the deposition document request in accordance with Federal Rule of Civil Procedure 34(b)(2).

This Order disposes of Docket No. 50.

**IT IS SO ORDERED.**

Dated: March 25, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge